# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

———————————

STEPHEN B. SHAYA, on behalf of
Himself and all others similarly situated,

        Plaintiff,

v.

KYLIE NOFS, ZHU SHICAI, LUO
YANBING, LIN YIN, YANG ZHENLIN,
and JOHN DOE NOS. 1-25,

        Defendants.

Case No. 24-cv-10670

Hon. Mark A. Goldsmith

_____

## DEFAULT JUDGMENT

Plaintiff, Stephen B. Shaya ("Shaya"), having asserted claims in this action for conversion, money had and received, fraudulent misrepresentation, and civil conspiracy against Defendants Kylie Nofs, Zhu Shicai, Luo Yanbing, Lin Yin, and Yang Zhenlin;  Shaya having filed his Motion for Entry of Default Judgment against Defendants Kylie Nofs, Zhu Shicai, Luo Yanbing, Lin Yin, and Yang Zhenlin pursuant to Fed. R. Civ. P. 55(b)(2) (ECF No. 31); the Clerk of the Court having previously entered the default of those named Defendants on June 5, 2024 (ECF No. 26); the Court having granted Plaintiff's Motion for Entry of Default Judgment, and having ordered judgment be entered as set forth below,

**JUDGMENT IS ENTERED** in favor of Stephen B. Shaya and against Defendants Kylie Nofs, Zhu Shicai, Luo Yanbing, Lin Yin, and Yang Zhenlin, as follows:

1. Stephen B. Shaya is awarded damages against Defendants Kylie Nofs, Zhu Shicai, Luo Yanbing, Lin Yin, and Yang Zhenlin, on Stephen B. Shaya's individual claims for conversion, money had and received, fraudulent misrepresentation, and civil conspiracy in the total amount of $544,143.91, which is comprised of $396,626.30 in damages, $132,208.77 in reasonable attorney fees, $405 in taxable costs, and $14,903.84 in prejudgment interest in accordance with MCL 600.6013(8);

2. A constructive trust is imposed in favor of Stephen B. Shaya over the cryptocurrency, holdings, and assets in the accounts and wallets identified in Appendix A to this Default Judgment in the custody or control of Binance Holdings Ltd up to the amount of $544,143.91;

3. The cryptocurrency, holdings, and assets in the accounts and wallets identified in Appendix A to this Default Judgment in the custody or control of Binance Holdings Ltd up to the amount of $544,143.91 be immediately attached, executed upon, and delivered to Stephen B. Shaya's counsel, or their agent at their direction; and

4. Except as provided in this Default Judgment, any transfer or disposition of

the cryptocurrency, holdings, and assets in the accounts and wallets identified in Appendix A to this Default Judgment in the custody or control of Binance Holdings Ltd up to the amount of $544,143.91 is enjoined until this Default Judgment is satisfied.

**JUDGMENT IS SO ENTERED**.

This Default Judgment resolves the last pending claim and closes this case.

s/Mark A. Goldsmith

Hon. Mark A. Goldsmith

Dated: November 19, 2024          United States District Court Judge

## Appendix A

- 1MiobFphxPJu4WiKahfBo2MaZQEvfpnzHp
- 0x3e771B4Aae63A8Ff4D6e748b217a478C9e3fD0Fc
- 0xbDB99397306D5Ed439A866a1196C2878fFD30af0
- 0x00adC74eca60bc8570fBfbf2Ae0001bdBA9987d1
- 0xa3e7232f754c25dB48E7B1e45935830c987E81B0
- 0xBddd281A443980a4711442a43c846604F0174e9B
- 0x1b014AbF59be85aa1A9abc16766873239637F4d6
- 0x9D6D61B5b466F870E809659B6c0EFE0cc9B06BA4
- 0xcd269B39EA2855242258F90089cc76e6f10504Ab
- 0x4f9C4ac9107A3Aec6b09Db004810Db0A6c65eD44
- 1MJeD1xARua9y9EzusBXeZwmcZftgZ48kn
- 15coUULzLprp1fQvirgRPxJKF4LaTiVMPW
- 15szMaFnEgsfYAKuVKjafPyeV7kdkKx1LV
- 15UmREUGRssw42ptnC4ie7xK1u5nhXrfi7
- 15yoLFniWtKSt8YTdBCR3YdmnX2DNk3SHM
- 16cX4spbtNpGhqzTpBhedop7EBHPS3tgrk
- 16paf23pp94feCF2YVceDDhTk36FHACihT
- 16vzwevyUmE52U4bsPAHM6cCK9sK31Rjo3
- 1725hUxmFvtaLbdC1SEyHD6ocGTC55eexx
- 1DnVrd1hDjXQz83p3Mh4tf3cFqjsGfvmMv
- 1Ec83cfjkwjSQyafJ9oFXTPgpKmgwjvo2d
- 1EesTgoexyPsPMsRTXtc2R2NVPcYYHbGP8
- 1EJQnosfynok4LZRqcMqTCfDdZMS2Xz9Pb
- 1EWgCTg17DaCHGGQf5ZZ3BV52CFKkF4vE9
- 1EYQ9uvqeGmRg41Yea42yigWoAKqftB9ik
- 1F73oPbsSb2sShxQQbbXY6F1vEQWMfYAwY
- 1FfjgorWHSPc4jgK2HKKHXmNCQHGMRwMYZ
- 1MNMBRsVK2oLzQ2TsTwQHm4uHwz6JyxQLx
- 1MUQ7KWARGTTtysgxjxgiL1vk7r3RgYDjY
- 1MVSf7yLxBNJTHqRJxkMj3UscSpVsBW8fJ
- 1N1DEHgk5nVV2smaeu2RPPKJ671EE7CE7d
- 12397TpnaobznX1Tgmbf7LyWtttUj2ts1g
- 125VuPdt4yxZquEqaDPf4Rb6A7btNmMaCp

4

- 128wXsuiKxQ9DzQ5xmCXztPvUbdogPUW95
- 18ywsJ3ivFG1QxvRjgyAZ18yzAxLSTbhwb
- 1936HAeaa6mE95dqPKkrbMTzBkAZxepJkE
- 19PZrNm7CucpCZdT39bf9p5ac1Cg1Mh5CS
- 19VVjDPkPnbYUBAep7VCL6MoEKzKPYF4pp
- 1mVKxYij5rozc5a1dtFo2oYpdnHEoDhWc
- 1MXwe75LVDGLWVPQ6PDEkJmCSxEZ6BzU7P
- 1N4mszL8HsBpNwiZzxgdS1eMamtYcdEasp
- 1N9o6a29DNdf6C7VnL5gN2esER79QajSa3
- 1NA9BGRQt7rwYHgfZg4tErBzSeBTgJUALS
- 1NrbPSCbcvKBi8nENgB38vRvnPijewJMwX
- 1NSDjjzCcJGkbBedGioCbFuWqyZvtbxDuZ
- 1NshiPK15HwV2kXB5tMu49URpk8FkdWfo7
- 1NsNQ4QKYCLS1xs5fkzLcVmNyXj69w8jq7
- 1NsPUH3pp6u8W1LHkeDRAW1F9z272g9e9F
- 169w1UwZemYjXWDXkFs1TMxd1828chZpgw
- 16FcFMemjpEzFUrN1D5to8yj6e1mDwkuSE
- 1HA3FT21oJDtmE643hoiKfTN7R6mSZF38p
- 1HDZFkDE2MNdrakAEUtxNFVJSHLDTAYoJG
- 1Hiui2uvD6NtpNoSH2NS9JL526DgXh8BHg
- 1HKi6Z5f6D7dhYomM2JDQXk9kefxr46YP7
- 1MquibWP1iU5ea9g4LQVSwNkLhyF7dCC8q
- 1MSWpiNSHs4rTEBoKXZBEc9LvWmDRKZphA
- 14Jc8uZYw4xcgUBpWtZUT2YqaFuc5ZQ79k
- 14nx4kPz3jrru15NwA6bxyjoCfN39B6Hxd
- 19KjbadinBFiFqqfRWJqpGU9cMG2pbYkbz
- 19UZo6BKzWXMj1mufPaCYqMRpBFvEnSGcM
- 1AmK9LabYF6xdUPmawJ4w7kiydUc6xUh1p
- 1ASuucPKYgCs3zVStcCqhWbC9Ngh4tCAsn
- 1FVk38iEdd5KZGYR8DS6cXCdRiLNRmD4U7
- 1G5iM759XrbpGdSugAE64T3NgQ1LFKTqat
- 1GTVTLWNfYGrS5TMMg6jg9bTVV3JsyEjbS
- 1H3VMz3TSTjAWAriL1ne2fnhhmSYvZrdM7
- 14qCkB9mJhw11y9cz5j5Xr9bZwi2bm1sm5
- 14TZhP7mz81ZUQzrs1972j634EDh1GXLWT

- 15MeVNmbBKVGmXNtkfynxSGzn6nRCLtD8p
- 15yBbpffvZXsJ41CooazuFhxJy1C5a43Bp
- 1AHS2No53TWCu3MbWMX8ohBwADu8fa2qGS
- 1Ak7DpAZ3eFhwUQn9HL1PbvdgxVDLspqRg
- 1BDfdgoRNxWdpTvzfSePieAwPPofcoPpGT
- 1BLzTUMCZu2tNrttm8sHgxwUXxwCxLLagL
- 1GCncffC1U7UYYckshcLyf4cfhh3tNYS71
- 1GH4CRqr5VQ3fnbAH6QpNT57nmuqqxHXX6
- 1H1nJZzuM5xg48SLddYPMRym6hgRpf3NAU
- 1HHkrX1DRDvbnfYJmmKDd2B2zKQNXwD5GM
- 1LCVhF5anPJS2FASQRUEsVdxq2afPyDTGY
- 1LgbogW6HUP9fJocrAHzZAwME7y4cgY9jo
- 1LtdJGoS5L6ZGzLMcnrLj9g8bqhJFRYZRK
- 1LyhJLGEU7eFpnimki2rfWNWL7xT5V7kPA
- 1Nyyd79kFwpQPoYE5R4dyXzwDS1V4UZMhq
- 1NZ9yWWHXcjAfKoFwKipdB9kJXTris5ZnD
- 1PFXMFbxGq79hR1v7BZa5UrfHAqEKXKon3
- 1PGDztMH8VhdCnw4A2U5oVzjKWWqn3p7PK
- 1D87Vs9PUHR2ijJtVYqmanaiaEj4hWfkjS
- 1DDhqCLVhaoFpGzqWv5RgSvDtKdTiJ4LiU
- 1DdEktRXYmccUbcgsU3eisKYPEsTmhd1gQ
- 1DF8jgMcBmrV8FQG5N7rVZRvgXt48hP2VD
- 15SdZTiwcRc51kiTexNUJv2NXvw4q3QUuU
- 16pRfRQ5xCfbd9YtnwD79dDRLFgJHZhtUC
- 17WJuMFLEKnaJrVBe4fRP1sw8byoUT4X98
- 1Azx8GBjDcQwjQXi6Xc5FH4sPPcudZaqGZ
- 1BRQ6LgAdpajteWJKbHJAmGG3j5t4tULVH
- 1FXXGzqEkJ6NzWQMtaAPw2qhctFoVnVR8Y
- 1JwGFMTraBSEAvXiHo72DaMHsbEs4Mtv9W
- 1JXisr7TWLtcM5Usd3b9DJgksfW1p8RPAD
- 14FekUrC7731cZJT7esWU3k2pdTNRPWFiB
- 14kfqCgPycuaUirxExdJB7HQz2sEaphzVb
- 156Q1uyp9PDA8Mr3y3WjzXydi9EriJUpwZ
- 15CuHWUhTzXaauGUQCQsZya3xPKYne3GB4
- 16WkEnmZnymXeCLQx4qsaoGT8YJk2F54tr

- 174PwTD1XrhTHu4fwPHaco1136E92sFoMH
- 1D3FupnMmDkQVeFLYoFkBy4mhB8bpK5jW9
- 1DbpS8YzMFmKHP1q2kkLLJjWJbtBVNp6vby
- 1FkTLS92MNLNXjCDECtLWiWC7JvpY9RDBM
- 1FMrc2A5o6jWZTAqzA3bpDMzX8PX2rpUdD
- 1HRczVBeYGxUWUqFoUTrGmbJPe84S5aNWe
- 143tHbjpcX86LrL1RGj2ZBUxocpspgwwmv
- 14hc6zc1ccc9gBUQ5DkucefBTpUiAezhxm
- 19nKmdnCfoce4feqNovS58BQgJJ6WY2ipx
- 19Vh8o2Au5jnSv7a7eccs2s2tep3Noragj
- 1AEQoCh8MpwnawnQ9KJEbmuypcTZKo6WGM
- 1Am9jAyKHEhA5DzXBUhsNEvEkbk4peaVU3
- 1FW4P7BQyAr4NBpKo6em4xPHMSxufLryoW
- 1G5DAgZL3TZtkbHsMKHXEHeE6Yv7VCmMcK
- 1GVAdXwrcTQyrYHQVtpjPxcQBQqecyHU3Y
- 1H5zSDEmuVXBReJkZ7HAbKSd2BnzphUaqL
- 14RFvtJvh5W8erSrWeyrQKzC2qkWRQURda
- 14vocoFAARZnsVT2q4sYxnZ3NoQTrr5UZD
- 15mZWe6535nCj5yFg1PaTMmM5HKwTUSeqL
- 15xwAKxfe7chKomG7BLXarU1L3XDRYoMvC
- 1aGeJGokd128aWy8QKaNYKqKMP4yhf7pb
- 1AMHyhnEZyrGCafFuGrMyz3HWC1vuDQfQs
- 1BCfNqLspBXLzoVQoVbCjGk1u39JQmCtTj
- 1BiFQbqF9hpYsoPPQkofB7GVX7pkmGT1w2
- 1GbgkLfJB7fhwM4KhPsNYjv5MuBDyeG6SL
- 1GHG8Ayj88DXjZw782vrsjDbE6aszEkzhF
- 1H2x67nzqLYzNtSKq5ZLMAmn66sGF75uFy
- 1HhqJoMjS99byZ6LsSXXGyftcpfHz7sqWw
- 1LaudpkfDuwRghXNC1ku32rMhbWKrNCqaN
- 1LG9yHdB7xWDTv5gRd5paxz6YDqGkzo98T
- 1LsGct4neXRPnAigRUvXEAhQ7eXhrq6Hkh
- 1LzKstp1uQsxX58ZBFCgFZcdqWDrELCobZ
- 1NYsJU4ZPPmGxDUz5vmSxfMUYfN4cofupP
- 1NZ8baQep6p18hC44bbVn7zfRCLAwCjwYh
- 1PG4NXEbjc99t99UQHjXkpfL18TEj7gmPp

- 1PgDwv7ctR13kHMd6zjgb7mT8f6goD8pXS
- 13nf6Ywr3WP3xa7LXJQzAaxi7c8bbFMovk
- 13yDqzriRosjp7dSYqewhVT666M2sn7P1R
- 143zMHHAzHQSLJVcR3HcSt3QUPCXi6rVpM
- 1D8PfPDcQdULAerV9H4scG9G56yYkA8HaH
- 1D7BJaU7JV4HsrBDvAdBLmUod2oFrYJKtY
- 1Dd7smpd9fL6uQQDf1roDr9LFihVKnxx1V
- 1DEiAn9Xhx9fr9hmY5DGpwK8FGx5tqRZe4
- 15Tk5DQMD73X16k9JGCaLofuftphJUepCg
- 15UH6YS1MfXmZ8y5jY4iMAEF1wbPbgZQWp
- 166yJrfoqFcs5HzD631Mx7vTJMxYJ8kqZg
- 17vYgtbzkSm3NY4EakEoCWsqu9gVXDCi5s
- 1B1KhZMsmVhkL46Vxa9k1QeV8rRQQR58eG
- 1BPiftyW56wnjzv97c5QMAFwEryNGqLHjm
- 1BUVZSUhCVWf2mPRoPw7P2f5xrWbFErEak
- 1JwMx3PUT4j2vuNFBbyTLC41pEE5JeWiKg
- 14hFMNwknSJfi358kejXTGHyZiWu4Ke1Tq
- 14KRgxcivg391N68nqNK9iW4y7iqkpjw8X
- 15aKQnkKzfokJy9fnvUxkwyZdXbALisWWv
- 164ABGGG7SpGjbyHuvAZD395DW71W1d9re
- 16WAA7Rno1AynKNo3vKPMW8CHhbsPAHsR
- 1718GhR1vpxHrzoBWTgvcb1zPzMn4Z7D3R
- 1CzzTTVmxJG1UioHL6EnmqeQN6oLiALKi3
- 1DbD8WvUTDZxWCR1PkKvW2sfj92kh2vU7R
- 1Fjr6FMR8hfDn1fLqd8f3vFayFBdVtcgxx
- 1FnyMqtXKUPFLb8ydibvLvq6TYUomawHgd
- 1HkbMbM2K8V6nv929xDib2cLaurRzwmHMK
- 1HSJEevcdx71ZGTrWdnSbq1cww6YWD34BY
- 12EdTtq8ZZeWs2Wdr6bztN7pGDbHJP1ry5
- 12KwfqAr4wCTfPwUCNLbPHtLJ69JesJohE
- 12qGNXVXSvsjZtieDupYqvq2thazyJFr5F
- 12wa8tT8mCqebmkkJvmEfeFr1jd46EDtue
- 12zkVgriHrpTdqM7MMR9Fe6qoUSxS7xW6z
- 137fsnp643eUf2XWv4vC82WE2ELDaUPuB7
- 13gAkrPnPMZMDtyTLvZkpkcr9UoJT6WRum

- 13k77pp1z9QhiP7j7bYKwN3fTT6vAPrpCD
- 13RfJ63gLLxAj2YDcknUhu6ucDYTAhdzi1
- 13xWEjxgDjX9k82uJyvZHUFRC7b4opkaQa
- 17Q4Rayqv65sRSkhLRAHMiWxiDK6YzrTS3
- 18asd18XCewna9zBF12GMXVc2Lc4PrzWc
- 19ERtzgKiNMw9noS8qUYaP8AVBJ9fntYM4
- 1CzWyndREVGfGcHHQUfARbhrtJEByUkZCB
- 1D9CeuK4mQqfYmZQgMGqnck1br38JMCKcT
- 1DETqftov8aca9a5x3JKRcVXmfxcUAHRzH
- 1DL17qD7JrsgjnZa5FoFSuh7mqMJwwsPHs
- 1DTXKuJFAXWi9Z73fCKprR8FAfpkC6dwqz
- 1E1dFDRw6Kq56EwLvGPQdTe7MQqN1WWE8f
- 1E3wVz4eCBFWU2CHycVZznDGLrSkgcHfwz
- 1E9oWH8pJ8YmtNJvEV1hxBdEk2DFKJ5hfc
- 1EcpeKZquA6Cnt89aAxKqn9bYUMq3RrNoq
- 1EeF81e5Bzo3K6eiKGhXZsHtpMWTnyqhsV
- 1BxoxcVYWcYcHwVTSLBE6Z6FQ6puJNECZu
- 1FLLCsStZFL6eXqUx5PTXfi6tzAqWS6J8o
- 1FKtoEsRhNAaGMZAehsqS5x4SxebNUGEVN
- 1FyLKjSrNHsnHEX9KLFpBKiLUsixm2LMon
- 1FYzy9HoqPhHi9VtF9XGNXh9LYU6i9RpH5
- 1GbmVc1dErt7WCruXAQ5uk9E4bKVHYdBQQ
- 1JiDvvnZTfqpw9zJEugPFu39SoqqubGBqj
- 1KbMXBddvgsVo7nuiyfnkUk3zrq6FdWKEd
- 1KcUjPbCEX8L5Mf2LwnBLA3Pg7gZMXBh3V
- 1KgNNfbdsGReoB7d1UJNULQ3jVcNnA1cYc
- 1Kkd5nbh2g5tff5gsgEYQRVUfuNJxmvcVK
- 1KMUeSMo9ep4FeSZzqJp2PsUSvEAgPLTjv
- 1KNwR5yrxF2qJHDatsDKdxsYKyLvcwoMp3
- 14X6V5WFgSRA5pEgpeb5e8H3bmdBs5vZpm
- 159uD1UYN45HKMp2nt4KTKTKVjQbMoVUbS
- 15hKD15DbCGiHmodgvsYFbLsjRTrdWzZez
- 15kBWZiYC1CD61obR7wyp6od8rWSR6P7nV
- 15n7EfMfwTJu2ANLSbdvtksGTiqGGTz8E2
- 15P7s3YJAhMjGh3u1aZdqk5QNU93wbKWM7

9

- 1GLnvGR2QcnjSHkNGVJ2Eev85L4mU7jhSA
- 1GMZ5TmNhFbwmXowdJwRH27seuWfa86QJc
- 1GMNLYaHvTrBzWjS5X87bKLBM11ovSvbo9
- 1HcB9Ld2dfpuQfGqpCTxaCRLfeKp31MTo8
- 158ZDCPXopsAo6Ybhawduuq1XPDKR75SqY
- 1DgsexDXnhriRbSZXVHxy1WRDFmBQbDmu2
- 1LBRgXyUKnY5wsj9LMXADTSu87cBD5J2Wk
- 1Ciiza4dVvBEwbdkEQB2MsBxBKBEmsohRo
- 1HgRxi6ZwxNLVjYRUm4aUnPHEygFKN4cQu
- 1Dot7dXt8ynUa16J4Ep5wfae9Pr241TtVk
- 1DrY7D1tjoE4qTqhyb4rqozqeCbx1TyYPz
- 1DuQv2pWkXvpJjUTi492BweiwKYdsjgJji
- 1DTVWgAr5uusEPMgYW6A6vosZ5DK7BrXWe
- 1DW9FNy1RsR2SDgMHAf7yccnYqJVT3iwJX
- 1DZKPqk6awD1ZWMW1aZUXiB1SNpnK46fmU
- 1EehA1pVFkQk3gBTUh5h1a956iGt4NhXnT
- 1ELcug4RecqUsw6DH7tH7pqVbvRDarGwtM
- 1KLvo7yx4LN5gR7oW8eY1EytT5ZWMTQpXR
- 1KwLSR6atAfYsAYBFbBtKeKSN7ZJ6uvQLn
- 12FFq4VURcZjQfvMP2va2t1grjpoQU54kw
- 1MWAeR6FgaacmY4aPqyQkVJZs1WRQxCdgG
- 1MXdDyrt8oTFAi7odqQ9m7tyykhNzZjYAQ
- 1N2szUzBsgWij2ueReFnJVAzwf9ddFxagA
- 1N6k3bryq35e8sAJdxtpaq5AZ67dsXWHQ9
- 1N6oHECud3uYhXwk3gJE5sq1sAq7Cf5m2P
- 1KeKu2XJEgkn1uraCieVCw5dp3xgf8Y7Si
- 1KfRBQS4h2nkVvofkSsG2qoTVYcpfX6UsH
- 1KeUyFmb7h5AuUXuRuA7Tb2EdGVGtYG47y
- 1KTHBVQyvsu1uaJQFnmTVEUTwfb4GZjLfr
- 1KWZDHBZFUDok5PkDGFyPR31nPeEvHmwdw
- 16NXY7qC2Xnz9kJLjdfUKD8G3RybzRtJYU
- 175RZAg8buvQPjqJo9QhN3KmQQGYAprCkW
- 1H2XQSgYBvpUfPsCuwrR2Fykh6WxLoQkDM
- 1HdmbYAQDnN7pK49cgoqrrsNLWwDZmJoYJ
- 1HhD13ffoMVt5ioeEY2oD2HeDp41Tt1FEf

- 1HrV7njhev1UQTTRTXzqLxDG5MKYbwMYf8
- 1MrTUKT5JdGjmA2gg77X2y6F5KQXhysy6y
- 1MseQjHk8efgKtrHgXPfphLBCkcri7J1aZ
- 14iNmRSpXeBgCdMMxeU1yfScDtk3ci63ip
- 14ogaEECDuuXN2rfNdsUsn1oEd6zHMfjrq
- 19N2tN5mo4hRAs9RAsUDLwsfk7pBxSQJsX
- 19rkHRcQzcMJ7V61Tct8B8uH7FeC9BuaC1
- 1AM52X6yKqgQWGppB6RwMq8o14F3bioUYq
- 1Ask5fc3RPKKtxd8uLofzDwsdVqfBpAq3y
- 1FTkTxCJa9coo46bS6hH5TbjQJ37bY7146
- 1G4pCRUiQsxSv5Xd7P3TbGqCH4JbazDfC9
- 1GVJEJHdpSVWxiR26mCtWafUpEsoJPTYQ9
- 1H4cav6ZGbq2xvJHPB4QdwEG6CvkAekoDc
- 14QAHPAX67KrxLqRJDfvVopCbs55nGdXse
- 14VPsVjVqouBTMQenTfuiT9V9ckMGZRfi1
- 15nEeJfBhrq2WSR2kjBCdVGV3sYPYZ2MmX
- 15vpAKUjjRQ9XVijf2AnMhHDCDtH1AxhP4
- 1AgUTiJpnNEM8VHqjrgAJZ3f85SSU24zU6
- 1ACPACfzbWFrN4fMrZjceoyVxH6xEn2udi
- 1BaeLbXaBJFGSgzBc6xvbCvXkP8aio6epS
- 1BL5QE1zKr22Tq9qEnkgU3tMhR9zCwEB9G
- 1Gdv8LwDfLAxG8xVoTG1i4dfgd1wJnFzNy
- 1GG8KacmHAZuqNDPtA7cxr74g7CpR7Gtjw
- 1H5i1iKfpYhK5x51m4jHhV8nJL3a38t9kk
- 1HDEaXVy2DPByVZ4pcmGeEH9gkQLgcLH7n
- 1LcQ1tutGsbLvBMfgpLuAEa3chPpC5axoH
- 1LFRvHnx48vS5jyM5cBD6HCDtgQRbTvxjb
- 1LTQDFfNJwLcCyahMpFWS3pv1fQmKcbEUo
- 1LyuBQ8s8Zz59vbdCSqDHHkjCjKBePbxBv
- 1NywPrkvfRV7wwDcEXCfNcmmLuNGWFt8tG
- 1NZdKKbPBdokgXVfNB5wAXCXrfo2VNbnsR
- 1PFz8rkprQpnRFs9vboR3cvrZnsLDSYwpx
- 1PgeJviuXMChGPsbB1GzqUo3BYA1R2wHcp
- 1D45EvvmMEYFUEt4K27Z4gBvcj4kLBDstD
- 1DaJCDCWMpxMuNADciKHnrmUE8fZkAwE43

- 1DBnQCCNfeeHkyiXdL253yZB3zWPysohWY
- 1DEq9xyaobP5A7RkihSVR1fJftAyMDG89Q
- 15S577eRkxhuLtPBGgy5DWDFoCba9nyXmH
- 16puhJn5DyFU31ZoykhG4JyVADue7WPzyH
- 17vbwJdLMBTiieyqoo7iENkZmoCwHpvQvd
- 1AzxuvtmCaTewtty1VejmMsJabdj4ruLXM
- 1BrnjhdJNHuZAwKvR5ouL4JgT2qKAfvwSf
- 1FvRHcz5udj8hMiNcq4TPus8MPn3v7s3Yv
- 1JWirwX2uvD5w2VxVk2uP5Nsrz7EPSVpHm
- 1JZ5nd4i6AMR4oNDxJrNiwptwRSXXrmCde
- 14frtNUnULbiqZqtpnapUBVkgjATVqtgeg
- 14Hnf5HwW8RTpxkfaLyH3XqpCYKhDXLP9c
- 157diGyebe2NiQB577xcfT9tvj26WcuLCY
- 15EFyTcNxyFquTtngh3Hd558yZs9HtiwyT
- 16WmYHZfhB3zwSpqfpSX1TaDqYUfa6zbcu
- 174GdhvgviWBV8fnw69smJrkbYDkmDsXoy
- 1D14zBoQ6N9RUTecA6UsKfpQNe8xXnAE8c
- 1FL2inyBSyQxZv2nhKBsg3pbXEXn4JqDq9
- 1FrDNEu54dwhyBtwoahxJLcvigT5CbbYzm
- 1FVPV1LYkZt3zuRUTtc7GHB3zRMnLSVyUS
- 1HPZd5ARUsmZXLqzooSAbiT69oka4HVxxh